FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23–0272

---

PLANNED PARENTHOOD OF MONTANA, et al.

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.

Defendants and Appellants.

---

On appeal from the Montana First Judicial District Court, Lewis and Clark County
Cause No. DDV 2013–407, the Honorable Christopher Abbott, Presiding

---

**GRANT OF EXTENSION**

---

Upon consideration of Defendant's motion for an additional 30-day extension of time, and good cause appearing therefore, Defendant is granted an extension of time to and including October 9, 2023, within which to prepare, serve, and file its Opening Brief.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 22 2023